

BSG:evg:USAO #2010R00025

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

2010 MAR -9  P 4: 31

CLERK'S OFFICE
AT BALTIMORE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. CCB-10-093 |
| v. | * | (Possession of a Firearm and Ammunition by a Convicted Felon, 18 U.S.C. § 922(g)(1)) |
| JOHN HENRY GRIFFIN | * | |

*******

### INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about September 2, 2009, in the District of Maryland, the defendant,

**JOHN HENRY GRIFFIN,**

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit: a Magnum Research, model Baby Eagle, .45 caliber pistol, serial number 36328530, and ammunition, in and affecting commerce.

18 U.S.C. § 922(g)(1)

_Rod J. Rosenstein_
Rod J. Rosenstein
United States Attorney

3-9-2010
Date

**SIGNATURE REDACTED**

Foreperson