

U.S. Department of Justice

*United States Attorney*
*District of Maryland*
*Northern Division*

*Rod J. Rosenstein*
*United States Attorney*

*Bonnie S. Greenberg*
*Assistant United States Attorney*

*36 South Charles Street*
*Fourth Floor*
*Baltimore, Maryland 21201*

*DIRECT: 410-209-4890*
*MAIN: 410-209-4800*
*FAX: 410-962-0716*
*TTY/TDD: 410-962-4462*
*Bonnie.Greenberg@usdoj.gov*

April 14, 2010

Paul M. Polansky, Esquire
Suite 1505
One North Charles Street
Baltimore, Maryland 21201

    Re:    Discovery Agreement in the Case of
            United States v. John Henry Griffin
            Criminal No. CCB-10-093

Dear Mr. Polansky:

       I write to set forth the conditions on which the Government is willing to make discovery in this case. Under Rule 16 of the Federal Rules of Criminal Procedure, discovery is to be given "upon request", and I understand that you do request discovery. Therefore, I also request discovery pursuant to Rule 16(b).

       The Government will provide discovery pursuant to and as defined in Rule 16 on the following basis:

       The government will make the Rule 16 material available for review by appointment. We will arrange for modest amounts of copying to be done at the United States Attorney's Office. If you wish substantial copying done, we will make arrangements with you to allow you to copy the material at your expense with the case agent or the agent's designee present.

       Please contact me to arrange for a time to review the physical evidence in the agent's possession.

       <u>Jencks</u> material as defined in 18 U.S.C. § 3500, along with related <u>Giglio</u> material such as witness' plea agreements, criminal convictions and prior inconsistent statements, will be provided no later than one week prior to trial. <u>Brady</u> material which is not otherwise included in the Rule 16, <u>Jencks</u> or <u>Giglio</u> material referred to above will be provided if and when discovered. <u>Jencks</u> material is defined for purposes of this agreement in accordance

with the specific provisions of 18 U.S.C. § 3500. <u>Jencks</u> material is given on agreement that reciprocal Rule 26.2 material will be provided by you at the same time I provide <u>Jencks</u> material.

The Government agrees that at the same time that it provides Rule 16 material, it will provide notice of the existence of alleged other crimes, wrongs or acts committed by your client pursuant to Rule 404(b) of the Federal Rules of Evidence, along with copies of all physical and documentary evidence believed by the Government to fall within the ambit of Rule 404(b) which the Government intends to introduce at trial in its case-in-chief. The Government acknowledges its continuing duty to disclose Rule 404(b) evidence as it is recognized as such after the time period in which the Government has provided Rule 16 material.

The Government reserves the right to provide later notice of Rule 404(b) material if the government believes that disclosure of such information will pose a security risk to any witness. As to any such witness, the Government will disclose all discovery material at the same time.

All discovery is provided on the condition that counsel will not give copies of this material to the client or to anyone outside counsel's office, absent prior approval of this office. Counsel may, of course, review this material with the client at any time or place.

Should counsel file any routine motion with the Court which seeks discovery, then this discovery agreement will be void, and the Government is not bound by any of the provisions herein. Specifically, <u>Jencks</u> and <u>Giglio</u> material may not be provided until the first day of trial if the defendant should file such a motion.

The Government may be providing, as a courtesy, material which is not discoverable under Rule 16, <u>Jencks</u>, <u>Giglio</u> or <u>Brady</u>. The fact that certain non-discoverable materials are provided in no way obligates the Government to provide all non-discoverable materials, and the fact that certain non-discoverable materials are provided should never be taken as a representation as to the existence or non-existence of any other non-discoverable materials.

Please note that it is the policy of this Office that the Government will not stipulate to a three-level reduction in offense level pursuant to § 3E1.1 of the United States Sentencing Guidelines unless the defendant has entered into a signed written plea agreement with the government on or before the date set for the filing of pretrial motions.

Please indicate your consent to this discovery agreement by signing and returning to me a copy of this letter. I urge you to call or write me with any questions that arise, as we may be able to resolve any questions without the filing of motions and responses with the Court.

Very truly yours,

Rod J. Rosenstein
United States Attorney

By: _____
Bonnie S. Greenberg
Assistant United States Attorney

AGREED:

8/16/10
Date

_____
Paul Polansky
Counsel for John Henry Griffin

cc: Court File